O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE FLORES,<br><br>   Plaintiff,<br><br>   v.<br><br>J. FITTER, et al.,<br><br>   Defendants. | Case No. CV 15-505-RGK (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, all relevant materials, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action with prejudice.

Dated:   4/17/15

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE