JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE FLORES, | Case No. CV 15-505-RGK (KK) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| J. FITTER, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: _4/17/15

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE